EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2025 TSPR 39 |
| Yarivette Mojica Hernández | 215 DPR ___ |

Número del Caso: TS-18,002

Fecha: 15 de abril de 2025

Oficina de Inspección de Notarías:

 Lcdo. Manuel E. Ávila De Jesus
 Director

Materia: Regla 15 – Suspensión inmediata y provisional del ejercicio de la abogacía y la notaría como medida de protección social.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Yarivette Mojica Hernández          TS-18,002

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de abril de 2025.

Atendidas las mociones que presentó el Director de la Oficina de Inspección de Notarías (ODIN), Lcdo. Manuel E. Ávila De Jesús, se ordena la suspensión inmediata y provisional de la Lcda. Yarivette Mojica Hernández (licenciada Mojica Hernández) del ejercicio de la abogacía y de la notaría, como medida de protección social.

Además, se ordena la designación de un Comisionado Especial o una Comisionada Especial para que inicie el procedimiento que dispone la Regla 15 del Reglamento del Tribunal Supremo, 4 LPRA Ap. XXII-B. Ante ello, se ordena la paralización del procedimiento ante la Oficina del Procurador General que se instó al amparo de la Resolución que emitimos el 28 de marzo de 2025, hasta tanto se dilucide el proceso al amparo de la Regla 15 de nuestro Reglamento.

Por todo lo anterior, se le impone a la licenciada Mojica Hernández el deber de notificar a todos sus clientes sobre su inhabilidad para continuar representándoles y devolverles cualesquiera honorarios recibidos por trabajos no realizados. Deberá además informar inmediatamente de su suspensión a los foros judiciales y administrativos en que tenga asuntos pendientes. Por último, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del

término de treinta (30) días a partir de la notificación de esta Resolución. No hacerlo pudiere conllevar que no se le reinstale cuando lo solicite.

Se reitera lo ordenado por este Tribunal en la Resolución del 28 de marzo de 2025 y, en consecuencia, se ordena al Alguacil de este Tribunal a incautar la obra protocolar y el sello notarial de la licenciada Mojica Hernández y entregarlo al Director de la ODIN para el examen e informe correspondiente a este foro. Se le recuerda a la licenciada Mojica Hernández su deber de acatar lo aquí dispuesto ante su inhabilidad de ejercer la notaría.

Asimismo, la fianza notarial queda cancelada automáticamente. No obstante, se considerará buena y válida por tres (3) años después de su terminación dado los actos realizados por la licenciada Mojica Hernández durante el periodo en que la misma estuvo vigente.

Notifíquese por correo electrónico.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo